**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BIG WILL ENTERPRISES INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEXXIOT INC.,<br><br>Defendant. | Civil Action File No.: 4:26-cv-01384<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Big Will Enterprises Inc. ("BWE" or the "Plaintiff") in British Columbia, by and through their undersigned attorneys, files this original Complaint against Nexxiot Inc. ("Nexxiot" or "Defendant") and alleges, based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters, as follows:

### INTRODUCTION

**1.**

This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code to enjoin infringement and obtain damages from Defendant's unauthorized manufacture, use, sale, offer to sell, and/or importation into the United States for the subsequent use or sale of products or methods that infringe one or more claims of United States Patents: 9,049,558 ("the '558 Patent"); 8,737,951 ("the '951 Patent"); and 8,452,273 ("the '273 Patent").

**2.**

BWE is an innovative company in the field of sensor technology for determining human activities for health, safety and other uses. BWE's sensor-based technologies go beyond determining simple human locations and offer smartphone users (and other communication-based devices) a personal surveillance system based on their activities. The technologies monitor sensors such as the accelerometer, the gyroscope and others for uniquely identifying human activities; the motion activities can include, for example, but not limited to, standing/stationary, walking, running, driving, skiing, sleeping, snoring, hiking, skateboarding, sky diving, bicycling, unicycling, golfing, falling down, swimming, riding a ski lift, a motor vehicle, a motorcycle, an airplane, a train, or a water vessel, accelerating or decelerating in a motor vehicle, motorcycle, train, airplane, or water vessel, vibrating, propagating through a medium, rotating, riding in a wheelchair, and other human movements, where capturing data and/or providing feedback is desired. BWE has created proprietary technologies in this field of technology since at least 2007 for, among other benefits, the increased health, safety, and wellbeing of its users. BWE's patented technology was developed for use on a wide variety of devices, including smartphones, smartwatches, and other communication and sensor-based devices in use on many popular products in the market today. In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**3.**

A primary inventive concept is method by which a particular human movement can be identified, when the sensors, in this case, those in a mobile phone, have no fixed orientation with respect to the human. A smart phone may be ina user's pocket, purse or backpack, for example

and in no particular orientation. U.S. 8,452,273 cols. 1-3. Prior to the '273 Patent, there was no effective answer for this problem. BWE's sensor monitoring, processing and communication technology is covered by the claims of the '558, '951, and the '273 Patents asserted in this action, as well as other BWE patents.

**JURISDICTION AND VENUE**

**4.**

BWE is a British Columbia company, incorporated in Canada having its principal place of business at 4573 West 1st Avenue, Vancouver, British Columbia V6R 1H7, Canada.

**5.**

Upon information and belief, Defendant Nexxiot Inc. is a corporation organized under the laws of Delaware, having its headquarters at 7250 North Dallas Parkway, Suite 800, Plano, Texas 75024. Nexxiot may be served this Complaint by service upon its registered agent Kenneth C Mannka Jr., 7290 Virginia Parkway Suite 3000, Mckinney, Texas, 75071.

**6.**

This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284-285, among others. This Court has subject matter jurisdiction over all causes of action set forth herein pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

**7.**

Venue is proper in this judicial district and division pursuant to 28 U.S.C. §§1391(b) and (c) and 1400(b) in that, upon information and belief, Defendant operates a "brick and mortar" corporate location within this district at 7250 North Dallas Parkway, Suite 800, Plano, Texas 75024. Defendant routinely does business within this district, Defendant has committed acts of

infringement within this district, and Defendant continues to commit acts of infringement within this district.

**8.**

On information and belief, Defendant actively manufactures, sells, and uses infringing railcar and supply-chain telematics systems including Nexxiot Globehopper, Globehopper Edge, Vector, and the Nexxiot Connect intelligent cloud platforms within in this State and District. Defendant also provides an online presence under the domain name nexxiot.com, which is available to customers and prospective customers within this State and District. As a result of Defendant's business activities in this State and District, on information and belief, Defendant has had continuous and systematic contacts with this State and District.

**9.**

Upon information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to Defendant's substantial business in this State and judicial district, including: (i) at least a portion of the infringements alleged herein; and/or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from services provided to individuals in Texas and in this district.

## ALLEGATIONS COMMON TO ALL COUNTS

**10.**

Plaintiff owns all right, title, interest in, and has standing to sue for infringement the following patents: United States Patent No. 9,049,558, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using sensor data of wireless communication device (WCD) and initiating activity-based actions," issued on June 02, 2015; United States Patent

No. 8,737,951, entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on May 27, 2014; and United States Patent No. 8,452,273, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using accelerometer of wireless communication device," issued May 28, 2013. Copies of the '558 Patent, the '951 Patent, and the '273 Patent are attached as Exhibits 1-3.

**11.**

BWE is a global leader and innovator in the field of sensor technology for determining human activities for health, safety and other uses. These proprietary technologies and innovations were being developed since 2007 for the increased health, safety and wellbeing of its users. BWE patented technology was developed for use on a wide variety of devices, including smartphones and wearables and are in use on many popular products in the market today. In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**12.**

BWE's sensor based technologies go beyond determining human locations by uniquely identifying human activities for automatically monitoring and tracking movements, such as sleep, stationary, walking, running, cycling, falling down, rotating and other human movements where capturing data and/or providing feedback is desired.

**13.**

BWE's sensor monitoring, processing and communication technologies are covered by the claims of the '558 Patent, the '951 Patent, and the '273 Patents which are asserted in this action, as well as other BWE patents.

**14.**

Nexxiot Inc. designs, manufactures, sells, and supports railcar and supply-chain telematics solutions, including Nexxiot Globehopper, Globehopper Edge, Vector, and the Nexxiot Connect intelligent cloud platform. Nexxiot markets these systems as a hardware, software, and analytics ecosystem for digitizing rail freight and supply-chain assets through physical hardware devices mounted on railcars and other transport assets.

**15.**

Nexxiot describes its rail telematics offerings as providing real-time visibility into railcar location, condition, status, safety, and utilization. Nexxiot's certified railcar telemetry hardware, including Globehopper and related devices, is used to collect railcar sensor data and communicate that information to remote cloud-based systems and customer platforms. Nexxiot further describes its systems as supporting digital cargo services, operational visibility, exception management, predictive insights, and asset intelligence for railcar owners, operators, shippers, and supply-chain stakeholders.

**16.**

Through its Globehopper, Globehopper Edge, Vector, and Nexxiot Connect platform, Nexxiot's systems receive and process onboard railcar sensor data to determine railcar motion, impact, shock, brake, hatch, door, cargo, utilization, safety, and condition events. These determinations are made while Nexxiot sensor devices are mounted on and transported by freight railcars, and the resulting railcar location, condition, health, status, shock, impact, event, and asset-intelligence information is communicated to remote cloud platforms, customer systems, and RailPulse-related fleet-management environments. Nexxiot's railcar telematics workflows—through onboard acquisition and processing of railcar sensor data, including accelerometer-based

shock, impact, and movement-related data; determination of railcar activity and condition events using sensor outputs from devices mounted on and transported by railcars; and communication of resulting railcar location, condition, safety, utilization, event, and asset-status information to remote systems—provide a product-specific basis for determining mobile-machine or railcar motion activities using sensor-derived motion data.

**17.**

Nexxiot's Globehopper, Globehopper Edge, Vector, and Nexxiot Connect systems practice one or more elements of the Asserted Patents, including receiving railcar sensor data from onboard railcar devices, processing such data to determine railcar motion and condition events, identifying railcar activity states such as movement, shock, impact, brake status, hatch status, door status, cargo condition, utilization, safety, and asset-condition events, and communicating resulting railcar status and condition information to remote monitoring systems for fleet management, risk identification, asset intelligence, operational visibility, and decision-making.

**COUNT I**

**DIRECT INFRINGEMENT OF THE '558 PATENT**

**18.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-17.

**19.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '558 Patent.

**20.**

Independent Claim 1 of the '558 Patent, shown in italics, recites:

> *1. A method, comprising: receiving a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that is transported by a mobile thing (MT),*

> *each data sample value indicative of movement of the WCD at a corresponding time value;*

Nexxiot's Globehopper, Globehopper Edge, Vector, and Nexxiot Connect railcar telematics systems satisfy this element. Nexxiot's railcar-mounted sensor devices are installed on and transported by freight railcars. The freight railcar is the "mobile thing," and Nexxiot's railcar telematics device is the wireless communication device transported by that railcar. Nexxiot describes its rail telematics systems as using physical hardware devices deployed on railcars to collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. Nexxiot and RailPulse-related materials identify accelerometer-based shock and impact analysis, including shock-profile information such as magnitude, duration, pattern, location, and time. These sensor outputs provide movement-indicative data sample values associated with railcar movement, shock, impact, braking, hatch, door, cargo-condition, utilization, and safety events. https://nexxiot.com/newsroom/railpulse-launches-revolutionary-telematics-platform-with-nexxiot-as-vital-technology-partner/.

> *recognizing a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system;*

Nexxiot's railcar telematics systems satisfy this element. Nexxiot's railcar-mounted devices receive movement, shock, impact, and condition data while fixed to a railcar asset. To determine shock profiles, impact events, derailment-related events, brake, hatch, door, and cargo-condition events, the system uses the mounted orientation and baseline operating state of the railcar device as a reference for interpreting later sensor values. That reference defines the relationship between the device orientation and the railcar coordinate environment, including movement, shock magnitude, duration, pattern, location, and time.

> *computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent*

> *non-reference data sample values and the particular reference set of data sample values in the coordinate system;*

Using that reference condition, the system computes reference data that relates subsequent multi-axis accelerometer/gyroscope sample sets to the reference framework (including how later *x*, *y*, and *z* samples and angular-rate values correspond to the baseline orientation), enabling consistent comparison of subsequent motion samples in the coordinate system. The accused system computes or uses reference data based on the railcar-mounted device orientation and reference sensor values. Nexxiot's systems analyze later shock, impact, movement, brake, hatch, door, cargo-condition, utilization, and safety data relative to baseline or expected railcar status. These functions require reference data defining the relationship between later non-reference sensor values and the reference set in the railcar/device coordinate framework, enabling subsequent data to be interpreted as meaningful railcar motion or condition events.

> *calculating movement data in the coordinate system of one or more other non-reference data sample values based upon the reference data; and*

Nexxiot's accused system calculates railcar movement, shock, impact, and condition data from later sensor values based on the reference framework established for the railcar-mounted device. Nexxiot and RailPulse-related materials identify shock-profile analysis, including magnitude, duration, pattern, location, and time. The system uses such data to determine railcar impact, shock, movement, braking, hatch, door, cargo-condition, safety, utilization, and asset-status events while the railcar is in service.

> *determining a mobile thing motion activity (MTMA) associated with the MT based upon the movement data.*

Based on calculated movement, shock, impact, and condition data, the accused system determines MTMAs and motion-related railcar events associated with the freight railcar. These include railcar movement, shock events, impact events, potential derailment-related events, brake

status, hatch status, door status, cargo-condition events, utilization events, safety events, and asset-condition events. Nexxiot's systems communicate resulting railcar location, condition, health, shock, impact, safety, utilization, and asset-status information to remote cloud platforms, customer systems, and RailPulse-related fleet-management environments.

**21.**

Claim 13 of the '558 Patent, for example, recites:

> *13. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

One or more steps of the claimed method are implemented in the railcar-mounted telematics device, in Nexxiot's cloud-based software and analytics platform, in customer systems, in RailPulse-related fleet-management environments, or in a combination of these systems. Nexxiot describes a hardware, software, and analytics ecosystem in which physical railcar devices collect sensor data and remote platforms provide asset intelligence, operational visibility, condition monitoring, and event-based insights. Accordingly, the claimed steps are implemented in the WCD, in remote computer systems, or in a combination of both. *Id*.

**22.**

Independent Claim 17 of the '558 Patent, shown in italics, recites:

> *17. A method, comprising: receiving first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

Nexxiot's Globehopper, Globehopper Edge, Vector, and Nexxiot Connect railcar telematics systems satisfy this element. Nexxiot's railcar-mounted sensor devices are installed on and transported by freight railcars. The freight railcar is the "mobile thing," and Nexxiot's railcar telematics device is the wireless communication device transported by that railcar. Nexxiot

describes its rail telematics systems as using physical hardware devices deployed on railcars to collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. Nexxiot and RailPulse-related materials identify accelerometer-based shock and impact analysis, including shock-profile information such as magnitude, duration, pattern, location, and time. These sensor outputs provide first and second movement-indicative data associated with railcar movement, shock, impact, braking, hatch, door, cargo-condition, utilization, and safety events. *Id.*

> *determining reference data that defines a reference framework from the first data;*

From the first data, the WCD determines reference data defining a reference framework for analysis. In practice, the reference framework is established by selecting a baseline set of multi-axis motion samples (including gravity-referenced orientation in a vehicle coordinate system and/or baseline "normal driving" motion signatures) to serve as the reference for subsequent comparison. Nexxiot's railcar telematics systems satisfy this element. Nexxiot's railcar-mounted devices receive movement, shock, impact, and condition data while fixed to a freight railcar. The accused system uses first sensor data associated with the mounted device orientation, baseline railcar condition, and expected operating state to determine reference data defining a railcar/device reference framework. That framework enables later shock, impact, movement, brake, hatch, door, cargo-condition, utilization, and safety data to be interpreted as meaningful railcar motion or condition events.

> *normalizing the second data with the reference data so that the second data can be analyzed in the reference framework; and*

Nexxiot's railcar telematics systems satisfy this element. After determining reference data from the railcar-mounted device orientation and first movement data, the accused system normalizes or otherwise interprets second movement-indicative data using that reference framework. Nexxiot

and RailPulse-related materials identify shock-profile analysis, including magnitude, duration, pattern, location, and time. Such analysis requires later sensor values to be evaluated relative to reference data so the system can distinguish shock, impact, movement, braking, hatch, door, cargo-condition, safety, utilization, and asset-status events.

> *identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Based on normalized movement, shock, impact, and condition data, the accused system identifies MTMAs and motion-related railcar events associated with the freight railcar. These include railcar movement, shock events, impact events, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, utilization events, safety events, and asset-condition events. Nexxiot's systems communicate resulting railcar location, condition, health, shock, impact, safety, utilization, and asset-status information to remote cloud platforms, customer systems, and RailPulse-related fleet-management environments.

**23.**

Claim 25 of the '558 Patent, for example, recites:

> *25. The method of claim 17, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

One or more steps of the claimed method are implemented in the railcar-mounted telematics device, in Nexxiot's cloud-based software and analytics platform, in customer systems, in RailPulse-related fleet-management environments, or in a combination of these systems. Nexxiot describes a hardware, software, and analytics ecosystem in which physical railcar devices collect sensor data and remote platforms provide asset intelligence, operational visibility, condition monitoring, and event-based insights. Accordingly, the claimed steps are implemented in the WCD, in remote computer systems, or in a combination of both. *Id*.

**24.**

Independent Claim 27 of the ’558 Patent, shown in italics, recites:

> *27. A method for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising:*

Nexxiot’s Globehopper, Globehopper Edge, Vector, and Nexxiot Connect railcar telematics systems satisfy this element. Nexxiot’s railcar-mounted sensor devices are installed on and transported by freight railcars. The freight railcar is the “mobile thing,” and Nexxiot’s railcar telematics device is the wireless communication device designed to detect multiple MTMAs and motion-related railcar condition events associated with that railcar. Nexxiot describes its rail telematics systems as using physical hardware devices deployed on railcars to collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. Nexxiot and RailPulse-related materials identify accelerometer-based shock and impact analysis, including shock-profile information such as magnitude, duration, pattern, location, and time. These sensor outputs support detection of multiple railcar activities and condition events, including movement, shock, impact, braking, hatch, door, cargo-condition, utilization, safety, and asset-status events. *Id*.

> *receiving a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

The accused system receives a plurality of movement-indicative data sample values from sensors associated with the railcar-mounted telematics device. Those values are collected while the device is transported by the freight railcar and reflect railcar movement, shock, impact, braking, hatch, door, cargo-condition, utilization, safety, and asset-status conditions. Nexxiot’s hardware, software, and analytics ecosystem uses physical devices to interact with the railcar environment and collect sensor data for remote monitoring and event-based asset intelligence.

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; calculating movement data based upon the reference data and the data sample values; and*

Nexxiot's accused system computes or uses reference data associated with the mounted orientation, baseline condition, and expected operating state of the railcar-mounted device. That reference data defines relationships between later data sample values and the railcar/device reference framework, enabling comparison of sensor values over time. The system then calculates movement, shock, impact, and condition data based on the reference data and the sensor sample values. Nexxiot and RailPulse-related materials identify shock-profile analysis, including magnitude, duration, pattern, location, and time. Those calculations support determinations of railcar movement, shock, impact, braking, hatch, door, cargo-condition, safety, utilization, and asset-status events.

> *determining an MTMA associated with the MT based upon the movement data.*

Nexxiot's railcar telematics systems satisfy this element. Based on calculated movement, shock, impact, and condition data, the accused system determines MTMAs and motion-related railcar events associated with the freight railcar. These include railcar movement, shock events, impact events, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, utilization events, safety events, and asset-condition events. Nexxiot's systems communicate resulting railcar location, condition, health, shock, impact, safety, utilization, and asset-status information to remote cloud platforms, customer systems, and RailPulse-related fleet-management environments for asset intelligence, operational visibility, condition monitoring, exception management, and decision-making.

**25.**

Independent Claim 42 of the '558 Patent, shown in italics, recites:

> *42. A system, comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

Nexxiot's Globehopper, Globehopper Edge, Vector, and Nexxiot Connect railcar telematics systems satisfy this element. The accused Nexxiot system includes one or more memories designed to store computer program code and one or more processors designed to execute that computer program code. Nexxiot's railcar-mounted sensor devices, cloud-based software, analytics platform, customer systems, and RailPulse-related fleet-management environments collectively perform sensor-data collection, processing, event detection, reporting, asset intelligence, and railcar telematics functions. Nexxiot describes its rail telematics systems as using physical hardware devices deployed on railcars to collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. Nexxiot and RailPulse-related materials identify accelerometer-based shock and impact analysis, including shock-profile information such as magnitude, duration, pattern, location, and time. *Id.*

> *code to receive first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

Nexxiot's accused system includes code to receive first and second movement-indicative data from one or more sensors associated with the railcar-mounted telematics device. Those data are collected while the device is transported by the freight railcar and reflect railcar movement, shock, impact, braking, hatch, door, cargo-condition, utilization, safety, and asset-status conditions. Nexxiot's hardware, software, and analytics ecosystem uses physical devices to interact with the railcar environment and collect sensor data for remote monitoring and event-based asset intelligence.

> *code to determine reference data that defines a reference framework from the first data;*

Nexxiot's accused system includes code to determine reference data from first sensor data associated with the mounted orientation, baseline condition, and expected operating state of the railcar-mounted device. That reference data defines a railcar/device reference framework for interpreting later sensor values. The framework enables the system to evaluate subsequent shock, impact, movement, brake, hatch, door, cargo-condition, utilization, safety, and asset-status data as meaningful railcar motion or condition events.

> *code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework; and*

The accused system includes code to normalize or otherwise interpret second movement-indicative data using the determined reference data and railcar/device framework. Nexxiot and RailPulse-related materials identify shock-profile analysis, including magnitude, duration, pattern, location, and time. Such analysis requires later sensor values to be evaluated relative to reference data so the system can distinguish shock, impact, movement, braking, hatch, door, cargo-condition, safety, utilization, and asset-status events.

> *code to identify a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Based on normalized movement, shock, impact, and condition data, the accused system includes code to identify MTMAs and motion-related railcar events associated with the freight railcar. These include railcar movement, shock events, impact events, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, utilization events, safety events, and asset-condition events. Nexxiot's systems communicate resulting railcar location, condition, health, shock, impact, safety, utilization, and asset-status information to remote cloud platforms, customer systems, and RailPulse-related fleet-management environments.

**26.**

Claim 50 of the '558 Patent, for example, recites:

> *50. The system of claim 42, wherein the system is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Nexxiot's railcar telematics systems satisfy claim 50. One or more claimed system functions are implemented in the railcar-mounted telematics device, in Nexxiot's cloud-based software and analytics platform, in customer systems, in RailPulse-related fleet-management environments, or in a combination of these systems. Nexxiot describes a hardware, software, and analytics ecosystem in which physical railcar devices collect sensor data and remote platforms provide asset intelligence, operational visibility, condition monitoring, and event-based insights. Accordingly, the claimed system is implemented in the WCD, in remote computer systems, or in a combination of both. *Id*.

**27.**

Independent Claim 52 of the '558 Patent, shown in italics, recites:

> *52. A system for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

Nexxiot's Globehopper, Globehopper Edge, Vector, and Nexxiot Connect railcar telematics systems satisfy this element. The accused Nexxiot system includes one or more memories designed to store computer program code and one or more processors designed to execute that computer program code. Nexxiot's railcar-mounted sensor devices, cloud-based software, analytics platform, customer systems, and RailPulse-related fleet-management environments collectively perform sensor-data collection, processing, event detection, reporting, asset intelligence, and railcar telematics functions. Nexxiot describes its rail telematics systems as using physical hardware devices deployed on railcars to collect sensor data and communicate railcar

location, condition, health, safety, utilization, and asset-status information to remote systems. Nexxiot and RailPulse-related materials identify accelerometer-based shock and impact analysis, including shock-profile information such as magnitude, duration, pattern, location, and time. *Id*.

> *code to receive a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

Nexxiot's accused system includes code to receive a plurality of movement-indicative data sample values from one or more sensors associated with the railcar-mounted telematics device. Those data are collected while the device is transported by the freight railcar and reflect railcar movement, shock, impact, braking, hatch, door, cargo-condition, utilization, safety, and asset-status conditions. Nexxiot's hardware, software, and analytics ecosystem uses physical devices to interact with the railcar environment and collect sensor data for remote monitoring and event-based asset intelligence.

> *code to compute reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values;*

Nexxiot's accused system includes code to compute or use reference data associated with the mounted orientation, baseline condition, and expected operating state of the railcar-mounted device. That reference data defines relationships between received sensor sample values and the applicable railcar/device reference framework, enabling comparison of later sensor values over time. This framework allows the system to interpret shock, impact, movement, brake, hatch, door, cargo-condition, utilization, safety, and asset-status data as meaningful railcar motion or condition events.

> *code to calculate movement data based upon the reference data and the data sample values; and*

Nexxiot's railcar telematics systems satisfy this element. The accused system includes code to calculate movement, shock, impact, and condition data from received sensor sample values based on the computed reference data. Nexxiot and RailPulse-related materials identify shock-profile analysis, including magnitude, duration, pattern, location, and time. Those calculations support determinations of railcar movement, shock, impact, braking, hatch, door, cargo-condition, safety, utilization, and asset-status events.

> *code to determine an MTMA associated with the MT based upon the movement data.*

Based on calculated movement, shock, impact, and condition data, the accused system includes code to determine MTMAs and motion-related railcar events associated with the freight railcar. These include railcar movement, shock events, impact events, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, utilization events, safety events, and asset-condition events. Nexxiot's systems communicate resulting railcar location, condition, health, shock, impact, safety, utilization, and asset-status information to remote cloud platforms, customer systems, and RailPulse-related fleet-management environments for asset intelligence, operational visibility, condition monitoring, exception management, and decision-making.

**COUNT II**

**DIRECT INFRINGEMENT OF THE '951 PATENT**

**28.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-17.

**29.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '951 Patent.

**30.**

Independent Claim 1 of the ’951 Patent, shown in italics, recites:

> *1. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

Nexxiot’s Globehopper, Globehopper Edge, Vector, and Nexxiot Connect railcar telematics systems and railcar-mounted sensor devices, cloud-based software, analytics platform, customer systems, and RailPulse-related fleet-management environments collectively include one or more memories that store computer program code and one or more processors that execute that code for sensor-data collection, event detection, reporting, asset intelligence, condition monitoring, and remote telematics functions. Nexxiot describes a hardware, software, and analytics ecosystem in which physical devices deployed on railcars collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. Nexxiot and RailPulse-related materials identify accelerometer-based shock and impact analysis, including shock-profile information such as magnitude, duration, pattern, location, and time. *Id.*

> *instructions to enter a first mode of operation involving a first investigation process with one or more sensors, the first investigation process capturing first data with the one or more sensors;*

Nexxiot’s railcar telematics system includes instructions to enter a first mode of operation in which railcar-mounted sensors capture first data relating to railcar status and condition. Nexxiot’s physical hardware devices are deployed on railcars to collect sensor data, including movement, shock, impact, brake, hatch, door, cargo-condition, safety, utilization, and asset-status data. This first investigation process captures sensor data used to provide location, condition, health, safety, utilization, and asset-status information to remote systems.

> *instructions to determine whether or not the first data is indicative of an activity relating to a user need for assistance, an accident, or a crime; and*

The accused system determines whether captured sensor data indicates an activity or condition requiring user attention, assistance, or intervention. Nexxiot and RailPulse-related materials identify shock-profile analysis using magnitude, duration, pattern, location, and time, including impact and potential derailment-related events. The system's detection of shock, impact, brake, hatch, door, cargo-condition, safety, utilization, and asset-condition events can indicate a need for customer assistance, maintenance action, exception management, claims review, or operational response.

> *instructions to, when the first data may involve the activity, enter into a second mode of operation involving a second investigation process that is different than the first investigation process and that involves the one or more sensors and/or one or more other sensors in order to capture second data that is further indicative of the activity.*

When first sensor data indicates a railcar activity or condition event, the accused system enters or initiates a further monitoring, reporting, alerting, or analysis mode that differs from the initial sensing mode. Nexxiot's hardware, software, and analytics ecosystem provides event-based insights, operational visibility, condition monitoring, asset intelligence, and remote reporting. These functions reflect a second investigation process that captures, evaluates, or communicates additional data further indicative of shock, impact, derailment-related, brake, hatch, door, cargo-condition, safety, utilization, or asset-condition events.

**31.**

Claim 8 of the '951 Patent, for example, recites:

> *8. The system of claim 1, wherein the computer program code further comprises: instructions to compare the first data and/or the second data with reference data; and instructions to detect an event in an environment associated with the WCD based upon the comparison.*

The accused system compares first and/or second sensor data with reference data to detect events in the railcar environment associated with the WCD. Nexxiot's railcar-mounted devices collect

sensor data while fixed to freight railcars, and the system analyzes shock-profile information including magnitude, duration, pattern, location, and time. These functions require comparing later movement, shock, impact, and condition data against reference data associated with the device's mounted orientation, baseline railcar state, expected operating condition, thresholds, or event signatures. The system detects railcar events including shock, impact, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, safety events, utilization events, and asset-condition events. *Id.*

**32.**

Claim 9 of the '951 Patent, for example, recites:

> *9. The system of claim 8, wherein the comparison is in the time domain, frequency domain, or both.*

The accused system compares sensor data with reference data in the time domain, frequency domain, or both. Nexxiot and RailPulse-related materials identify shock-profile analysis using magnitude, duration, pattern, location, and time, reflecting time-domain comparison of event data. The system may also analyze repeated movement, vibration, shock, or impact patterns using frequency-domain or signal-based metrics to detect railcar events. Accordingly, Nexxiot's systems detect railcar shock, impact, safety, utilization, cargo-condition, and asset-condition events using time-domain, frequency-domain, or combined comparisons. *Id.*

**33.**

Independent Claim 10 of the '951 Patent, shown in italics, recites:

> *10. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

Nexxiot's Globehopper, Globehopper Edge, Vector, and Nexxiot Connect railcar telematics systems and railcar-mounted sensor devices, cloud-based software, analytics platform, customer

systems, and RailPulse-related fleet-management environments collectively include one or more memories that store computer program code and one or more processors that execute that code for sensor-data collection, event detection, reporting, asset intelligence, condition monitoring, and remote telematics functions. Nexxiot describes a hardware, software, and analytics ecosystem in which physical devices deployed on railcars collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. Nexxiot and RailPulse-related materials identify accelerometer-based shock and impact analysis, including shock-profile information such as magnitude, duration, pattern, location, and time. *Id.*

> *instructions to produce data from one or more sensors associated with the WCD; instructions to determine a human body physical activity (HBPA) associated with a WCD user based upon the data;*

Nexxiot's railcar telematics systems satisfy this element under a railcar/mobile-machine application of the claimed activity-detection functionality. The accused railcar-mounted WCD produces data from one or more associated sensors while installed on and transported by a freight railcar. Those sensor outputs include movement, shock, impact, brake, hatch, door, cargo-condition, safety, utilization, and asset-status data. Based on that data, the accused system determines physical activity and condition states associated with the WCD user or transported object, including railcar movement, shock events, impact events, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, utilization events, safety events, and asset-condition events.

> *instructions to select a mode of operation from a set of modes, based upon the determined HBPA, the set including different modes of operation involving initiation of different investigation processes that capture different types of data; and*

The accused system selects or applies different operating modes based on detected railcar activity or condition states. Nexxiot's hardware, software, and analytics ecosystem provides event-based

insights, operational visibility, condition monitoring, asset intelligence, and remote reporting based on sensor data from railcar-mounted devices. These modes initiate different investigation or monitoring processes that capture, process, report, or compare different types of data, including movement, shock, impact, brake, hatch, door, cargo-condition, safety, utilization, and asset-condition data.

*instructions to communicate the data to a remote computer system.*

Nexxiot's accused system communicates sensor and event data to remote computer systems, including Nexxiot's cloud-based platform, customer systems, and RailPulse-related fleet-management environments. Nexxiot describes physical railcar devices that collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. The communicated data includes railcar movement, shock, impact, brake, hatch, door, cargo-condition, safety, utilization, risk, and asset-condition information used for asset intelligence, operational visibility, condition monitoring, exception management, and decision-making.

**COUNT III**

**DIRECT INFRINGEMENT OF THE '273 PATENT**

**34.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-17.

**35.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '273 Patent.

**36.**

Independent Claim 1 of the '273 Patent, shown in italics, recites:

> *1. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value;*

Nexxiot's Globehopper, Globehopper Edge, Vector, and Nexxiot Connect railcar telematics systems satisfy this element. Nexxiot's railcar-mounted sensor devices are installed on and transported by freight railcars. The freight railcar is the "mobile thing," and Nexxiot's railcar telematics device is the wireless communication device transported by that railcar. Nexxiot describes its rail telematics systems as using physical hardware devices deployed on railcars to collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. Nexxiot and RailPulse-related materials identify accelerometer-based shock and impact analysis, including shock-profile information such as magnitude, duration, pattern, location, and time. These accelerometer-derived values provide three streams of acceleration data along axes of a 3D coordinate system, with corresponding time information, while the railcar moves, shocks, impacts, brakes, or experiences cargo, safety, utilization, or condition events. *Id.*

> *recognizing a particular set of data sample values as a reference in the 3D coordinate system for defining a relationship between an orientation of the WCD and a two dimensional (2D) coordinate system;*

Nexxiot's railcar-mounted devices collect movement, shock, impact, and condition data while fixed to the railcar. To determine shock profiles, impact events, derailment-related events, brake, hatch, door, and cargo-condition events, the system uses the mounted orientation and baseline operating state of the railcar device as a reference for interpreting later accelerometer values. That reference defines the relationship between the device's 3D orientation and the 2D railcar movement framework used to analyze movement, shock, impact, magnitude, duration, pattern, location, and time.

*computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the 2D coordinate system;*

Nexxiot's accused system computes or uses reference data based on the railcar-mounted device orientation and reference sensor values. Nexxiot's systems analyze later acceleration, shock, impact, movement, brake, hatch, door, cargo-condition, utilization, and safety data relative to baseline or expected railcar status. These functions require reference data defining the relationship between later non-reference accelerometer values and the reference set in the 2D railcar/device framework, enabling subsequent values to be interpreted as meaningful railcar motion or condition events.

*calculating movement data in the 2D coordinate system of one or more other non-reference data sample values based upon the reference data; and determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data.*

Nexxiot's accused system calculates railcar movement, shock, impact, and condition data from later accelerometer values based on the reference framework established for the railcar-mounted device. Nexxiot and RailPulse-related materials identify shock-profile analysis, including magnitude, duration, pattern, location, and time. mBased on that calculated movement data, the system determines MTMAs and motion-related railcar events, including movement, shock events, impact events, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, utilization events, safety events, and asset-condition events.

**37.**

Claim 2 of the '273 Patent, for example, recites:

*2. The method of claim 1, further comprising: prior to recognizing, mathematically combining the data sample values of the particular reference set; and recognizing the particular reference set as the reference when a combined value has a magnitude that is indicative of a relationship to Earth gravity.*

Nexxiot's accused system uses accelerometer-derived shock and impact data from railcar-mounted devices. Three-axis accelerometer data includes acceleration components that reflect device orientation and gravity, and the system's ability to characterize shock profiles, magnitude, duration, pattern, location, time, and railcar movement events indicates that the system mathematically combines or otherwise evaluates x-, y-, and z-axis sample values. That combined value is used to recognize a reference set associated with the device's railcar-mounted orientation and gravity-related reference behavior. *Id*.

**38.**

Claim 3 of the '273 Patent, for example, recites:

> *3. The method of claim 2, further comprising updating the reference data each time the reference set of data samples is recognized.*

Nexxiot's accused system receives railcar sensor data over time and uses it to provide location, condition, health, safety, utilization, asset-status information, and event-based insights. Because railcar movement, shock, impact, brake, hatch, door, cargo-condition, and utilization states change during service, the system updates or refreshes reference data when reference conditions are recognized so later accelerometer samples can continue to be compared against the applicable railcar-mounted reference framework. *Id*.

**39.**

Claim 4 of the '273 Patent, for example, recites:

> *4. The method of claim 1, wherein: each set of data sample values includes a vector defined by three data sample values x,y,z; the reference data is a rotation matrix M; and the movement data comprises a vertical magnitude along the z axis and a horizontal magnitude along the x, y plane, both derived from a rotated vector, the rotated vector equal to the rotation matrix M multiplied by the vector associated with the other non-reference data sample values x,y,z.*

Nexxiot's railcar telematics systems satisfy this claim. The accused railcar-mounted devices receive three-axis accelerometer data used for shock and impact analysis. Each set of accelerometer values includes x-, y-, and z-axis sample values in a 3D coordinate system. The system's ability to analyze shock profiles, including magnitude, duration, pattern, location, and time, reflects calculation of movement data from three-axis acceleration vectors normalized to the railcar-mounted device orientation. This includes vertical and horizontal movement components used to identify railcar shock, impact, derailment-related, cargo-condition, safety, utilization, and asset-condition events. *Id*.

**40.**

Claim 5 of the '273 Patent, for example, recites:

> *5. The method of claim 4, further comprising: transforming the movement data to the frequency domain (FD) to produce FD data; computing one or more FD statistical metrics from the FD data; and wherein the MTMA identifying is based at least in part upon the FD statistical metrics.*

Nexxiot's railcar telematics system uses accelerometer-derived shock, impact, and movement data to determine railcar motion and condition events. Nexxiot and RailPulse-related materials identify shock-profile analysis, including magnitude, duration, pattern, location, and time. To the extent the system evaluates repeated shock, vibration, impact, movement, or cargo-condition patterns, the system transforms or analyzes movement data in the frequency domain and computes frequency-domain metrics to identify MTMAs and railcar condition events. *Id*.

**41.**

Claim 6 of the '273 Patent, for example, recites:

> *6. The method of claim 5, wherein the MTMA is identified from a set of MTMAs and further comprising: computing a score for each MTMA of the set; and comparing the scores to identify the MTMA.*

Nexxiot's railcar telematics systems satisfy this claim. The accused system identifies MTMAs from a set of possible railcar events, including movement, shock, impact, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, utilization events, safety events, and asset-condition events. The system's ability to distinguish these event types from accelerometer-derived shock, impact, and movement data indicates that it computes or applies scores, thresholds, event signatures, or comparable classification metrics for possible MTMAs and compares them to identify the applicable event. *Id.*

**42.**

Claim 7 of the '273 Patent, for example, recites:

> *7. The method of claim 1, wherein the MTMA is identified from a set of MTMAs and further comprising: computing a score for each MTMA of the set; and comparing the scores to identify the MTMA.*

Nexxiot's railcar telematics system determines an MTMA from a set of possible railcar activities or condition events. Those possible determinations include railcar movement, shock events, impact events, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, utilization events, safety events, and asset-condition events. The system's event identification functionality reflects the computation and comparison of scores, thresholds, signatures, or equivalent classification values for each possible MTMA. *Id.*

**43.**

Claim 8 of the '273 Patent, for example, recites:

> *8. The method of claim 1, wherein the reference data is in the form of a rotation matrix that normalizes the sets of non-reference data sample values with respect to Earth gravity.*

Nexxiot's railcar telematics railcar-mounted devices use accelerometer-derived shock and impact data while fixed to a freight railcar. Three-axis accelerometer data includes gravity-related components, and the system's ability to interpret shock magnitude, impact pattern, movement, and

railcar condition events requires normalizing later accelerometer values with respect to Earth gravity and the mounted orientation of the device. The reference data is therefore a rotation matrix or functionally equivalent orientation-normalization framework. *Id*.

**44.**

Claim 9 of the '273 Patent, for example, recites:

> *9. The method of claim 1, wherein the movement data is in the time domain (TD) and wherein the computing comprises: computing a magnitude of the movement data in each of the two dimensions of space; computing one or more TD statistical metrics from the magnitudes; and wherein the MTMA determining is based at least in part upon the TD statistical metrics.*

Nexxiot's railcar telematics system receives time-domain accelerometer data from railcar-mounted devices and uses that data to identify railcar motion and condition events. Nexxiot and RailPulse-related materials identify shock-profile information including magnitude, duration, pattern, location, and time. The system computes magnitudes or equivalent movement measures in two dimensions, including vertical and horizontal components, and uses time-domain statistical, threshold-based, or equivalent metrics to determine MTMAs such as shock events, impact events, movement events, safety events, utilization events, and asset-condition events. *Id*.

**45.**

Claim 10 of the '273 Patent, for example, recites:

> *10. The method of claim 9, further comprising: transforming the magnitudes from the TD to the frequency domain (FD) to produce FD data; computing one or more FD statistical metrics from the FD data; and wherein the MTMA determining is based at least in part the FD statistical metrics.*

In addition to time-domain analysis, the accused system may transform or analyze movement and shock magnitudes from the time domain into the frequency domain to produce frequency-domain data. Frequency-domain or signal-based metrics can be used to distinguish repeated movement, vibration, shock, impact, derailment-related, cargo-condition, safety, utilization, and asset-

condition patterns from accelerometer-derived data. Thus, the system determines MTMAs at least in part based on frequency-domain metrics derived from railcar movement data. *Id*.

**46.**

Claim 11 of the '273 Patent, for example, recites:

> *11. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD.*

Nexxiot describes physical hardware devices deployed on railcars to collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. The railcar-mounted device implements one or more steps of receiving accelerometer-derived movement, shock, and impact data, determining railcar motion or condition events, and communicating resulting event and asset-status information to remote platforms. *Id*.

**47.**

Independent Claim 12 of the '273 Patent, shown in italics, recites:

> *12. A method, comprising: receiving first and second data from an accelerometer associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of acceleration of the WCD;*

Nexxiot's Globehopper, Globehopper Edge, Vector, and Nexxiot Connect railcar telematics railcar-mounted sensor devices are installed on and transported by freight railcars. The freight railcar is the "mobile thing," and Nexxiot's railcar telematics device is the wireless communication device transported by that railcar. Nexxiot describes its rail telematics systems as using physical hardware devices deployed on railcars to collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. Nexxiot and RailPulse-related materials identify accelerometer-based shock and impact analysis, including shock-profile information such as magnitude, duration, pattern, location, and time. These

accelerometer-derived values provide first and second acceleration data while the railcar moves, shocks, impacts, brakes, or experiences cargo, safety, utilization, or condition events. *Id.*

> *determining reference data that defines a reference framework in two dimensions (2D) of space from the first data;*

The accused system determines reference data from first acceleration data associated with the railcar-mounted device orientation, baseline railcar condition, and expected operating state. That reference data defines a 2D framework for analyzing later accelerometer-derived movement, shock, and impact data, including vertical and horizontal components of railcar movement. The framework allows the system to interpret subsequent values as railcar shock, impact, braking, cargo-condition, safety, utilization, or asset-status events.

> *normalizing the second data with the reference data so that the second data can be analyzed in the 2D space; and*

After determining reference data from the first acceleration data and railcar-mounted device orientation, the accused system normalizes or otherwise interprets second acceleration data using that reference framework so it can be analyzed in 2D space. Nexxiot and RailPulse-related materials identify shock-profile analysis, including magnitude, duration, pattern, location, and time. Such analysis requires later acceleration values to be evaluated relative to reference data so the system can distinguish shock, impact, braking, cargo-condition, safety, utilization, and asset-status events.

> *identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Nexxiot's railcar telematics systems satisfy this element. Based on normalized acceleration data, the accused system identifies MTMAs and motion-related railcar events associated with the freight railcar. These include railcar movement, shock events, impact events, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, utilization events, safety

events, and asset-condition events. Nexxiot's systems communicate resulting railcar location, condition, health, shock, impact, safety, utilization, and asset-status information to remote cloud platforms, customer systems, and RailPulse-related fleet-management environments.

**48.**

Claim 13 of the '273 Patent, for example, recites:

> *13. The method of claim 12, wherein the second data comprises a plurality of periodic samples.*

Nexxiot's accused system receives and analyzes periodic acceleration samples from railcar-mounted devices while the railcar is in service. Nexxiot's rail telematics systems use physical hardware devices deployed on railcars to collect sensor data and communicate location, condition, health, safety, utilization, and asset-status information to remote systems. The system's shock-profile analysis, including magnitude, duration, pattern, location, and time, reflects repeated or periodic sampling used to identify railcar shock, impact, movement, braking, cargo-condition, safety, utilization, and asset-status events. *Id.*

**49.**

Claim 14 of the '273 Patent, for example, recites:

> *14. The method of claim 12, wherein the reference data is indicative of a relationship to Earth gravity.*

Nexxiot's railcar telematics devices use accelerometer-derived shock and impact data while fixed to freight railcars. Accelerometer data includes gravity-related components, and the system's ability to interpret shock magnitude, impact pattern, railcar movement, and condition events requires reference data indicative of the relationship between the device's mounted orientation and Earth gravity. That gravity-related reference allows later acceleration data to be analyzed as railcar movement, shock, impact, braking, safety, utilization, cargo-condition, or asset-condition events. *Id*

**50.**

Claim 15 of the ’273 Patent, for example, recites:

> *15. The method of claim 12, wherein the reference data is determined in the form of vector information indicative of a relation to Earth gravity by comparing the first data to a predefined numerical range.*

Nexxiot’s railcar telematics system determines reference data in the form of vector information indicative of a relation to Earth gravity by evaluating first acceleration data from railcar-mounted devices. Because the system analyzes accelerometer-derived shock and impact data, including magnitude, duration, pattern, location, and time, it uses orientation and gravity-related reference values to interpret later acceleration samples. The first acceleration data is compared to expected or predefined numerical ranges corresponding to mounted orientation and gravity-related reference behavior. *Id*.

**51.**

Claim 16 of the ’273 Patent, for example, recites:

> *16. The method of claim 15, wherein the accelerometer produces first, second, and third sample data along each of 3 axes in a three dimensional (3D) coordinate system and wherein the first data pertains to a value that equals one within a predefined range, the value computed by combining the first, second, and third sample data.*

Nexxiot’s telematics railcar-mounted devices use accelerometer-derived data to detect shock, impact, movement, and railcar condition events. A three-axis accelerometer produces first, second, and third sample data along three axes in a 3D coordinate system. The system uses those x-, y-, and z-axis samples to establish a gravity-related reference framework for later analysis. Because combined three-axis accelerometer magnitude can indicate a relationship to Earth gravity, the system evaluates combined values within a predefined range to establish the claimed reference. *Id*.

**52.**

Claim 17 of the ’273 Patent, for example, recites:

> *17. The method of claim 12, wherein the second data is in the time domain (TD) and wherein the identifying comprises: computing magnitudes of the second data in each of the two dimensions of the 2D space; computing one or more TD statistical metrics from the magnitudes; and wherein the MTMA identifying is based at least in part upon the TD statistical metrics.*

Nexxiot’s accused system receives time-domain acceleration data from railcar-mounted devices and uses that data to identify railcar motion and condition events. Nexxiot and RailPulse-related materials identify shock-profile information including magnitude, duration, pattern, location, and time. The system computes magnitudes or equivalent movement measures in two dimensions, including vertical and horizontal components, and uses time-domain statistical, threshold-based, or equivalent metrics to determine MTMAs such as shock events, impact events, movement events, safety events, utilization events, and asset-condition events. *Id*.

**53.**

Claim 18 of the ’273 Patent, for example, recites:

> *18. The method of claim 17, further comprising: transforming the magnitudes from the TD to the frequency domain (FD) to produce FD data; computing one or more FD statistical metrics from the FD data; and wherein the MTMA identifying is based at least in part the FD statistical metrics.*

In addition to time-domain analysis, the accused system may transform or analyze movement and shock magnitudes from the time domain into the frequency domain to produce frequency-domain data. Frequency-domain or signal-based metrics can be used to distinguish repeated movement, vibration, shock, impact, derailment-related, cargo-condition, safety, utilization, and asset-condition patterns from accelerometer-derived data. Thus, the system determines MTMAs at least in part based on frequency-domain metrics derived from railcar movement data. *Id*.

**54.**

Claim 19 of the ’273 Patent, for example, recites:

> *19. The method of claim 18, wherein the MTMA is identified from a known plurality of MTMAs and further comprising: computing a score for each MTMA of the known plurality; and comparing the scores to identify the MTMA.*

Nexxiot’s accused system identifies an MTMA from a known plurality of possible railcar activities or condition states, including movement, shock, impact, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, safety events, utilization events, and asset-condition events. The system’s ability to distinguish these event types from accelerometer-derived movement, shock, and impact data indicates that it computes or applies scores, thresholds, signatures, or equivalent classification metrics for each possible MTMA and compares them to identify the applicable event. *Id.*

**55.**

Claim 20 of the ’273 Patent, for example, recites:

> *20. The method of claim 12, wherein one or more of the steps of the method is implemented in the WCD.*

One or more steps of the claimed method are implemented in by Nexxiot’s railcar-mounted WCD itself. Nexxiot describes physical hardware devices deployed on railcars to collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. The railcar-mounted device implements one or more steps of receiving accelerometer-derived movement, shock, and impact data, determining railcar motion or condition events, and communicating resulting event and asset-status information to remote platforms. *Id.*

**56.**

Claim 21 of the ’273 Patent, for example, recites:

> *21. The method of claim 12, further comprising: determining an MTMA based action to be initiated based upon the identified MTMA; and initiating an MTMA based action.*

After identifying MTMAs and railcar condition events, the accused system determines and initiates MTMA-based actions by generating event notifications, railcar status updates, risk insights, operational visibility, and asset-intelligence information. Nexxiot's systems communicate resulting railcar location, condition, health, shock, impact, safety, utilization, and asset-status information to remote cloud platforms, customer systems, and RailPulse-related fleet-management environments. These reports, alerts, and remote workflows are actions initiated based on identified railcar movement, shock, impact, safety, utilization, and asset-condition events. *Id*.

**57.**

Independent Claim 22 of the '273 Patent, shown in italics, recites:

> *22. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value;*

Nexxiot's Globehopper, Globehopper Edge, Vector, and Nexxiot Connect railcar telematics systems with railcar-mounted sensor devices are installed on and transported by freight railcars. The freight railcar is the "mobile thing," and Nexxiot's railcar telematics device is the wireless communication device transported by that railcar. Nexxiot describes its rail telematics systems as using physical hardware devices deployed on railcars to collect sensor data and communicate railcar location, condition, health, safety, utilization, and asset-status information to remote systems. Nexxiot and RailPulse-related materials identify accelerometer-based shock and impact analysis, including shock-profile information such as magnitude, duration, pattern, location, and time. These accelerometer-derived values provide three streams of acceleration data along axes

of a 3D coordinate system, with corresponding time information, while the railcar moves, shocks, impacts, brakes, or experiences cargo, safety, utilization, or condition events. *Id*.

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of 3D sets of data sample values;*

The accused system computes or uses reference data associated with the railcar-mounted device orientation, baseline condition, and expected operating state. That reference data defines relationships between 3D accelerometer sample values and the applicable railcar/device reference framework, enabling comparison of later 3D sample sets over time. This allows the system to interpret shock, impact, movement, braking, cargo-condition, safety, utilization, and asset-status data as meaningful railcar motion or condition events.

> *calculating movement data for each set based upon the reference data; and*

The accused system calculates railcar movement, shock, impact, and condition data for each set of accelerometer sample values based on the reference framework. Nexxiot and RailPulse-related materials identify shock-profile analysis, including magnitude, duration, pattern, location, and time. Those calculations support determinations of railcar movement, shock, impact, braking, cargo-condition, safety, utilization, and asset-status events while the railcar is in service.

> *determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data.*

Based on normalized movement, shock, impact, and condition data, the accused system identifies MTMAs and motion-related railcar events associated with the freight railcar. These include railcar movement, shock events, impact events, potential derailment-related events, brake status, hatch status, door status, cargo-condition events, utilization events, safety events, and asset-condition events. Nexxiot's systems communicate resulting railcar location, condition, health, shock,

impact, safety, utilization, and asset-status information to remote cloud platforms, customer systems, and RailPulse-related fleet-management environments.

**58.**

Claim 23 of the '273 Patent, for example, recites:

> *23. The method of claim 22, further comprising: recognizing a particular set of data sample values as a reference in the 3D coordinate system for defining a relationship between an orientation of the WCD and a two dimensional 2D coordinate system; determining a rotation matrix based upon the particular set of reference data sample values; and calculating the movement data based upon the rotation matrix and one or more sets of the data sample values that are not the particular reference set.*

Nexxiot's accused railcar-mounted devices use accelerometer-derived shock and impact data while fixed to freight railcars. The mounted position and orientation provide a reference in a 3D coordinate system for defining the relationship between the device's orientation and the relevant 2D movement framework used to analyze vertical and horizontal components of railcar movement, shock, impact, and condition data. The accused system determines reference data, including a rotation matrix or functionally equivalent orientation-normalization framework, based on reference accelerometer values associated with the railcar-mounted device orientation and gravity-related behavior. The system then calculates movement data from later non-reference accelerometer sample sets using that reference framework. Nexxiot's shock-profile analysis, including magnitude, duration, pattern, location, and time, reflects calculation of movement data from three-axis accelerometer samples normalized to the railcar-mounted reference framework. *Id.*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief that the Court enter judgment in their favor and against the Defendant, granting the following relief:

That the Court enter judgment that one or more claims of the ’558 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the’951 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the ’273 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That Defendant be ordered to pay damages adequate to compensate Plaintiff for its acts of infringement, pursuant to 35 U.S.C. § 284;

That Plaintiff be awarded increased damages under 35 U.S.C. § 284 due to Defendant’s willful infringement of the ’558,’951, and ’273 Patents;

That the Court find that this case is exceptional and award Plaintiff reasonable attorneys’ fees pursuant to 35 U.S.C. § 285;

That Defendant, its officers, agents, employees, and those acting in privity with it, be preliminarily enjoined from further infringement, contributory infringement, and/or inducing infringement of the patent-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant, its officers, agents, employees, and those acting in privity with it, be permanently enjoined from further infringement, contributory infringement, and/or inducing infringement of the patent-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant be ordered to pay prejudgment and post-judgment interest;

That Defendant be ordered to pay all costs associated with this action; and

That Plaintiff be granted such other and additional relief as the Court deems just, equitable, and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs demands a jury trial on all issues justiciable by a jury.

Respectfully Submitted,

Dated: September 27, 2026

/s/ Brett Thomas Cooke

Brett Thomas Cooke
State Bar No. 24055343
brett@eurekaiplaw.com

**Eureka Intellectual Property Law, PLLC**
20507 Tamarron Drive
Humble, TX 77346
Telephone: (832) 287-7039

*Attorney for Plaintiff*